SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Donald Devries, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-02731-WBS-KJN<br><br>**STIPULATED DISMISSAL OF DONALD DEVRIES; KATHLEEN DEVRIES AND** *Proposed* **ORDER**<br><br>Complaint Filed: October 1, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Donald Devries; Kathleen Devries) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Donald Devries; Kathleen Devries) are dismissed because these Defendants are not proper parties to this action.

| | | |
|---|---|---|
| Dated: March 18, 2010 | | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |

GURNEE & DANIELS, LLP

Dated: March 18, 2010     /s/Candace H. Shirley
CANDACE H. SHIRLEY,
Attorney for Defendants,
DONALD DEVRIES;
KATHLEEN DEVRIES

**IT IS SO ORDERED**.

Dated: March 25, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE