SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

        Plaintiff,

    vs.

Donald Devries, et al,


      Defendants

_____

Case No.: CIV.S 09-cv-02731-WBS-KJN

**STIPULATED DISMISSAL OF DONALD DEVRIES; KATHLEEN DEVRIES AND ~~Proposed~~ ORDER**

Complaint Filed: October 1, 2009

**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS**

    **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Donald Devries; Kathleen Devries) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Donald Devries; Kathleen Devries) are dismissed because these Defendants are not proper parties to this action.

1

1

Dated: March 18, 2010                          /s/Scott N. Johnson_____

2                                              SCOTT N. JOHNSON
                                               Attorney for Plaintiff

3

4                                              GURNEE & DANIELS, LLP

5

6

Dated: March 18, 2010                          /s/Candace H. Shirley_____

7                                              CANDACE H. SHIRLEY,
                                               Attorney for Defendants,

8                                              DONALD DEVRIES;
                                               KATHLEEN DEVRIES

9

10

**IT IS SO ORDERED**.

11

12

Dated:  March 25, 2010

13

14

15                                             WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL and Proposed ORDER                    CIV: S-09-02731-WBS-KJN